IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SMITH, et al. | : CIVIL ACTION |
| | : |
| v. | : NO. 15-442 |
| | : |
| WARWICK SCHOOL DISTRICT BOARD OF DIRECTORS, et al. | : |
| | : |

O R D E R

AND NOW, this 9th day of November, 2016, it is hereby ORDERED that the plaintiffs' motion for leave to amend the second amended complaint [Doc. 109] is DENIED.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.